IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:15CR257 |
| | ) | |
| MICHAEL RYAN MARTIN, | ) | The Honorable Anthony J. Trenga |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DISMISSAL

The United States of America, by and through the undersigned counsel, hereby moves this Honorable Court pursuant to FED. R. CRIM. P. 48(a) to dismiss the Indictment in the above-captioned case pursuant to the Plea Agreement entered into between the United States and the defendant, MICHAEL RYAN MARTIN, and his counsel.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Neal B. Christiansen
Joshua D. Champagne
Special Assistant United States Attorneys
Kosta Stojilkovic
Assistant United States Attorney